**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No.  15-13202-LMI

Charles Kelvin,                                          Chapter    13

_____Debtor_____/

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**     The final Mortgage Modification Mediation ("MMM") conference was conducted on May 27,  2015 and the following parties were present:

    1. [X] The Debtor's attorney Michael Frank and his legal assistant, Michael Linde.
    2. [ ] The co-obligor/co-borrower/or other third party.
    3. [X] The Lender's representatives, Bert Jerkins and  Michael Marquez and Lender's attorney, Anthony Miceli.
    4. [ ] Other:

**B.**     The final MMM conference was scheduled for _____, 2015, but not conducted for the following reason:

    1. [ ] The parties settled prior to attending.
    2. [ ] The case was dismissed.
    3. [ ] The Debtor or [ ]  Debtor's attorney failed to attend.
    4. [ ] The Lender's representative or [  ]  Lender's attorney failed to attend.
    5. [ ] Other: _____.

**C.**     The result of the MMM conference is as follows:

    1. [ ] The parties reached an agreement.
    2. [X] The parties did not reach an agreement.

    Dated: May 27, 2015

                              _/s/:Stacy H. Bressler____
                              Stacy H. Bressler, Esq.
                              8201 Peters Road, Suite 1000
                              Plantation, FL 33324
                              Telephone: (954) 557-5526
                              email: sbressler@aol.com

Copies to:
all parties to mediation