UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
THIRD AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **KELVIN ALEXANDER CHARLES**   CASE NO. **15-13202-BKC-LMI**
Last four digits of SS No. 0620

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$3,232.16** for months **1** to **5**, beginning **March 23, 2015**;
B. $3,591.78 for months 6 to 60, beginning September 23, 2015 in order to pay the following creditors:

**Administrative**: Attorney's Fees: $4,950.00 (SAFE HARBOR; Base-$3,500.00, Cost-$150.00, Motion to Value Personal Property-$525.00, Motion to Value Real Property-$775.00); Paid Fees: $1,800.00; Balance Due: $3,150.00; payable $787.50/mo. (Mos. 1 to 4)

**LMM FEES:** $2,500.00, Paid Fees: $1,500.00, Balance Due: $1,000.00, Payable; $250.00/mo. (Mos. 1 to 4)

**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

1. **BANK OF AMERICA (1st Mtg Inv. Prop. - 11910 NE 10 Ave., Biscayne Park, FL 33161)** –
c/o Pendergast & Morgan            Payment; $1,700.00/mo. (Mos. 1 to 60)
6675 Corporate Center Parkway      Direct pay begins: FEBRUARY 2020
Ste 301
Jacksonville, FL 32216
*Payment includes Property Insurance (Payment of $200.00)
Real Estate Taxes (Payment of $306.19)
Principal Interest Payment is $1,193.81
Total MMM Payment is $1,700.00

"The debtor has filed a Verified Motion for Referral to MMM with
**Bank of America**("Lender"), loan number **4220**, for real property located at
**11910NE 10 Ave., Biscayne Park, FL 33161** . The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than the required 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage

   LF-31 (rev. 01/08/10)

stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.
If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.
If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

**In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.**

**If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the lender will be considered "treated outside the plan" and the lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.**

**Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim."**


```
2.   MIAMI-DADE   TAX   COLLECTOR   (Prop   Taxes)   -   Total   Due   on   Petition   Date:
$24,000.00
140 W. Flagler St           Payable; $5.00/mo. (Mos. 1 to 4)
Miami, FL 33131           $652.62/mo. (Mos. 5 to 60)
                          [payments include 18% interest]
```

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

```
   LF-31 (rev. 01/08/10)
```

**1.REAL TIME RESOLUTIONS (2nd Mtg Inv. Prop. Acct #8252 - 11910 NE 10 Ave., Biscayne Park, FL 33161) - The value of the investment property is $90,000.00. The payoff of the first mortgagee Bank of America is $310,261.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Real Time Resolutions in the amount of $23,898.00 will be stripped off and avoided.**

**2. CHRYSLER CREDIT** - PAYOFF OF A 2010 Jeep Wrangler and warranty, if applicable, $17,223.28; <u>POB 961275</u>                    Payment; $161.45/mo. (Mos. 1 to 4) and
<u>Ft. Worth, TX 76161</u>         $338.83/mo. (Mos. 5 to 60)
<u>Acct #1000</u>                 [payments include 5.25% interest]

**<u>Priority Creditors</u>**: [As defined in 11 U.S.C. Section 507]

**<u>NONE</u>**

**<u>Unsecured Creditors</u>**: Payable: $5.00/mo. (Mos. 1 to 4) & $217.50/mo. (Mon. 5) & $541.15/mo. (Mos. 6 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Dated: September 16, 2015

**<u>CERTIFICATE OF MAILING</u>**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 16th day of September, 2015.

>Law Offices of Michael J. Brooks,
>Michael A. Frank,
>& Rodolfo De La Guardia
>Attorney for Debtor(s)
>10 N.W. LeJeune Road, Suite 620
>Miami, FL  33126-5431
>(305) **443-4217**
>Pleadings@bkclawmiami.com
>
>By <u>/s/                            </u>
>Michael J. Brooks
>Florida Bar No. 434442

LF-31 (rev. 01/08/10)