UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
SEVENTH MODIFIED **CHAPTER 13 PLAN** (Individual Adjustment of Debts)

DEBTOR: **KELVIN ALEXANDER CHARLES**   CASE NO. **15-13202-BKC-LMI**
Last four digits of SS No. 0620

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months.

**A. $2,787.50** for months **1** to **29**, Paid in Prior Plan;

**B. $946.07** for month **30** to **60**, beginning **August 23, 2017**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $8,500.00; Paid Fees: $3,300.00; Balance Due: $4,675.00 (+) $525.00 = $5,200.00 (-) $4,675.00 = $525.00; payable $161.21/mo. (Mos. 1 to 29)Paid Prior Plan & $16.94/mo. (Mos. 30 to 60)

**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**1. BANK OF AMERICA/NATIONSTAR (1st Mtg Inv. Prop. - 11910 NE 10 Ave., Biscayne Park, FL 33161)** - $47,164.94 or $1,626.38/mo. (Mos. 1 to 29) Paid in Prior Plan
c/o Pendergast & Morgan                **MMM WAS DENIED
6675 Corporate Center Parkway    The account with this creditor will be treated
Ste 301                          Outside the Chapter 13 Plan.
Jacksonville, FL 32216

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**1.REAL TIME RESOLUTIONS (2nd Mtg Inv. Prop. Acct #8252 - 11910 NE 10 Ave., Biscayne Park, FL 33161)** - The value of the investment property is $90,000.00. The payoff of the first mortgagee Bank of America is $310,261.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Real Time Resolutions in the amount of $23,898.00 will be stripped off and avoided.

**2. SANTANDER/CHRYSLER CREDIT** - PAYOFF OF A 2010 Jeep Wrangler and warranty, if applicable, $19,620.28 or $676.56/mo. (Mos. 1 to 29)Paid in Prior Plan
POB 961275              Paid in Full
Ft. Worth, TX 76161

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: $229.12/mo. (Mos. 1 to 29)Paid in Prior Plan $834.52/mo. (Mos. 30 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

**OTHER PROVISIONS**: Secured Creditors holding liens on properties subject to cramdown shall issue a Satisfaction of Mortgage upon this Court's entry of debtor's Discharge in this Chapter 13 case.

Dated: August 14, 2017

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 14th day July, 2017.

                              Law Offices of Michael J. Brooks,
                              Michael A. Frank,
                              & Rodolfo De La Guardia
                              Attorney for Debtor(s)
                              10 N.W. LeJeune Road, Suite 620
                              Miami, FL  33126-5431
                              (305) **443-4217**
                              Pleadings@bkclawmiami.com

                              By /s/_____
                              Michael J. Brooks
                              Florida Bar No. 434442

LF-31 (rev. 01/08/10)