UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                              Chapter 13
                                    Case No.: 15-13202-LMI

**KELVIN ALEXANDER CHARLES**

   Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2018, I served a conformed copy of *Amended Order (Re: 156 Order on Motion For Clarification of the Automatic Stay, Order on Motion For Relief From Co-Debtor Stay)* [D.E. 159] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 20th day of August, 2018.**

                                                  Respectfully submitted:

                                                  **GHIDOTTI | BERGER, LLP**
                                                  *Counsel for Secured Creditor*
                                                  3050 Biscayne Blvd., Suite 402
                                                  Miami, Florida 33137
                                                  Telephone: (305) 501.2808
                                                  Facsimile: (954) 780.5578

                                                  By:    /s/ Chase A. Berger
                                                        Chase A. Berger, Esq.
                                                        Florida Bar No. 083794
                                                        cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Kelvin Alexander Charles**
11102 N.W. 83rd Street - #114
Miami, FL 33178

*Debtor's Counsel*
**Michael A. Frank, Esq.**
10 N.W. LeJeune Road #620
Miami, FL 33126

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

**Armenia Ortega**
11910 N.E. 10th Avenue
Biscayne Park, FL 33161-6414

By: /s/ Chase A. Berger
Chase A. Berger, Esq.